**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Estate of Mario Madrigal, Jr., et al., ) | CV 05-1132 PHX NVW |
| )  Plaintiffs, ) | **ORDER** |
| ) vs. ) | |
| ) City of Mesa, et al., ) | |
| )  Defendants. ) | |
| ) | |

The court has received the plaintiffs' and defendants' respective statements of discovery dispute. The statements together show that counsel have not personally conferred concerning the dispute and that they do not certify that they have reached an impasse. If counsel comply with the directives in the court's case management order, posted on the court's website, and submit a joint statement in compliance with them, the court will promptly set a telephone hearing. The court sees no reason why those directives cannot be complied with in one or two days.

IT IS THEREFORE ORDERED that the court will not set a hearing on the discovery dispute at this time.

IT IS FURTHER ORDERED that counsel promptly comply with the following directives:

The parties shall not file written discovery motions without leave of court. If a discovery dispute arises in the course of a deposition and an immediate ruling of the court

1 is necessary, the parties shall jointly telephone the court to request a telephone conference
2 concerning the dispute.  If any other discovery dispute arises, the parties shall submit (1)
3 a brief written summary of the dispute, not to exceed one page, with explanation of the
4 position taken by each party and (2) a written certification that the counsel or the parties
5 have attempted to resolve the matter through <u>personal</u> consultation and sincere effort as
6 required by LRCiv 7.2(j) and have reached an impasse.  If the opposing party has refused
7 to <u>personally</u> consult, the party seeking relief shall describe the efforts made to obtain
8 personal consultation.  Counsel or the parties may then telephone the court to obtain a
9 time for a telephone conference, and the court may enter appropriate orders on the basis
10 of the telephone conference.  The court may order written briefing if it does not resolve
11 the dispute during the telephone conference.  Any briefing ordered by the court shall also
12 comply with LRCiv 7.2(j).

    DATED this 25th day of October, 2005.

_____
Neil V. Wake
United States District Judge